77,305-01

| | | |
|---|---|---|
| Ex Parte | § | Court of Criminal Appeals |
| | § | of Texas |
| Ray Anthony Ward | § | Austin, Texas 78711 |
| Applicant | § | |
| | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

**NOTICE OF FALSE OATH OF OFFICE DOCUMENTATION**

**WRIT NO. W85-85681-M(A)**

OCT 01 2015

Abel Acosta, Clerk

Now comes Ray Anthony Ward, not Anthony Ray Ward. Anthony Ray Ward, is not my name. The Courts made me sign my name backwards in 1992. Please address me by my original birth name.

On September 22, 2015, Applicant received documents from your Office at Capital Station with the following Cause numbers noted: W92-43866-M(A); W92-43867-M(A); W92-4388-M(A). Applicant noticed that the cause number in which Applicant is imprisoned under is not denoted on any of the documents.

There is a big conspiracy within the Dallas County District Courts in filing flase Oath of Office documentation for Judge Ed Kinkeade, in order to cover up Constitutional Oath of Office violations as well as Civil Rights violations. To support this allegation of illegal dicumentation, attached you will find one copy of each false Oath of Office presented by the Dallas County District Court. Note that the file stamp is missing from each of these false documents. Also attached is a copy of the original Oath of Office from the Secretary of State that contains a file stamp at the lower right hand corner. In addition, you will find a copy of Jedge Ed Kinkeade's history.

Applicant is currently preparing a 1983 Civil Law Suit against the State of Texas for illegal imprisonment based on a voidable judgement and sentence. Additional evidence will be presented with that Law Suit.

Furthermore; Applicant requests Federal Agents be assigned to investigate all allegations of fraud committed by some officer of the State, and all parties involved in the falsification of Oath of Office documents.

### UNSWORN DECLARATION

I, Ray Anthony Ward, IDCJ ID #633106, being presently incardereted in Coffield Unit, in Anderson County Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _30_ day of _September_, 2015.

_Ray A. Ward_
Ray Anthony Ward, TDCJ ID #633106
Coffield Unit, 2661 FM 2054
Tennessee Colony, Texas 75884

## In the name and by the authority of

# The State of Texas

### OATH OF OFFICE

I, ___ED   KINKEADE___ ___ do solemnly

swear (or affirm), that I will faithfully execute the duties of the office of ___

___th Judicial District Court of Dallas County___

of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected. So help me God.

*Ed Kinkeade*

SWORN TO and Subscribed before me by ___Ed Kinkeade___

on this __5th__ day of __January__, 19 _87_

(Seal)

~~Notary Public, State of Texas~~
Honorable Pat McDowell
Criminal District Court No. 5
~~Notary Public Number~~    Dallas County, Texas

Commission Expiration Date

RECEIVED
JAN 12 1987
CITATIONS SECTION
AUSTIN TEXAS

12-31-90



**OATH OF OFFICE**

570120
$200 CASH
paid

I, JAMES EDGAR KINKEADE , do solemnly swear (or Affirm), that I will faithfully execute the duties of the office of_____

JUDGE of the 194th JUDICIAL DISTRICT COURT

of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or the confirmation thereof. So help me God.

James Edgar Kinkeade

SWORN TO and Subscribed before me this ____1st____ day of ____September____ , 19 81.

John Ovard, Judge
265th Dist. Court

Notary Public, _____ County, Texas



## OATH OF OFFICE

**993000**

I, _____ Ed Kinkeade _____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of _____ Judge of the 194th Judicial District Court, Dallas County _____ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected. So help me God.

*Ed Kinkeade*

Ed Kinkeade

SWORN TO and Subscribed before me this 1st day of Jan, 19___.

*John Ovard, Judge*

John Ovard, Judge
265th Judicial District Court

Dallas County, Texas

## Judges - District Judge Ed Kinkeade

### General Information

1100 Commerce Street
Room 1625
Dallas, Texas 75242-1003

Courtroom 1627

Chambers: 214-753-2720
Judicial Assistant: Cheri Leatherwood
Courtroom Deputy: Ronnie Jacobson 214-753-2166
Court Reporter: Todd Anderson - 214-753-2170

Case Letter Designation: (K)

| BIOGRAPHY District Judge Ed Kinkeade | |
|---|---|
| **Birth:** | 1951 |
| **Year Service Began:** | 2002 |
| **Appointed by:** | President George W. Bush |
| **Education:** | Baylor University (B.A. 1973), Baylor University School of Law (J.D. 1974) |
| **Legal Practice:** | Associate, Dennis G. Brewer, Inc., 1974-1975; Partner, Power & Kinkeade, 1975-1980 |
| **Government:** | Justice, Texas Court of Appeals, Fifth District, 1988-2002; Judge, Texas District Court, 194th Judicial District, Dallas, TX, 1981-1988; Judge, County Criminal Court No. 10, Dallas County, Dallas, TX, 1981. |
| **Academic:** | Former Adjunct Professor of Law, Texas Wesleyan University (now Texas A&M University School of Law) Jurist-in-Resident, Baylor University School of Law |